# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD RIXNER AND SANJANETTE
RIXNER

VERSUS

SOUTHERN TIRE SERVICE, ET AL

NO.   2025 CW 0623

**OCTOBER 23, 2025**

---

In Re:   Southern Tire Service, Inc., Gabriel Bopp, and Atlantic
Casualty Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 751183.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT